

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00225-CV

AUTUMN LEAVES NURSING AND                                    APPELLANT
REHABILITATION, INC.

V.

INFUSION SOLUTIONS, INC. D/B/A                                APPELLEE
TRINITY APOTHECARY

------------

## FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Cause Of Action." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue with prejudice. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: August 31, 2010

---

[1] *See* Tex. R. App. P. 47.4.